IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS KLAUS,** | : | CIVIL ACTION NO. 1:13-CV-1923 |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **COMMUNITY REGIONAL CREDIT UNION,** | : | |
| | : | |
| Defendant | : | |

**O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                                           S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                          United States District Judge

Dated:       September 19, 2013