**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS KLAUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY REGIONAL CREDIT UNION,<br><br>Defendant. | CIVIL ACTION NO. 1:13-cv-01923<br><br>FILED ELECTRONICALLY |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action with prejudice.

Dated: October 23, 2013

Respectfully Submitted,

/s/ R. Bruce Carlson_______

R. Bruce Carlson (PA56657)
bcarlson@carlsonlynch.com
CARLSON LYNCH LTD
PNC Park
115 Federal Plaza, Suite 210
Pittsburgh, PA 15212
(p) (412) 322-9243

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2013, a true and correct copy of the NOTICE OF DISMISSAL was served upon all counsel of record via the Court's electronic filing system.

/s/ R. Bruce Carlson